# United States Court of Appeals
# for the Federal Circuit

———————————

February 24, 2015

**ERRATA**

———————————

Appeal No. 2014-1288

**IN RE RICHARD A. GRAFF**

Decided:  December 8, 2014
Nonprecedential Opinion

———————————

Please make the following change:

On page one, replace the sentence:

> JOSEPH MATEL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee.

with the following sentence:

> JOSEPH MATAL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee.